**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Arash Ketabchi<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1244<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–11704–RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Arash Ketabchi

4/26/19    **By the court:** Rosemary Gambardella
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11704-RG
Arash Ketabchi                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 26, 2019
                        Form ID: 318    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
```
db          +Arash Ketabchi,    74 Maplewood Avenue,     Wayne, NJ 07470-5132
517992737    AmeriHome Mortgage Company LLC,    C/O KML Law Group, PC,     216 Haddon Ave Ste 406,
              Westmont, NJ  08108-2812
517992740   +EZ Pass,    Customer Service Center,    PO Box 52001,    Newark, NJ 07101-8201
517992743    Midland Funding,    227 W Trade St Ste 1610,    Charlotte, NC 28202-1676
517992742    Midland Funding,    2365 Northside Dr,    Hazelwood, MO 63042
517992745    SYNCB/Ashley Homestores,    1200 Wilson Dr,    West Chester, PA 19380-4267
517992746    SYNCB/PC Richard,    1200 Wilson Dr,    West Chester, PA 19380-4267
517992747    TD Bank USA,    C/O Target,    PO Box 13589,    Scottsdale, AZ 85267-3589
517992748    Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 23:10:12     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 23:10:10      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: PRA.COM Apr 27 2019 02:58:00      Synchrony Bankc/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517992736    E-mail/Text: bankruptcycare@affinityfcu.com Apr 26 2019 23:09:53
              Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ 07920-0621
517992738    EDI: TSYS2.COM Apr 27 2019 02:58:00      Barclays Bank Delaware,    PO Box 8803,
              Wilmington, DE 19899-8803
517992739    EDI: CAPITALONE.COM Apr 27 2019 03:03:00      Capital One Bank,    PO Box 71083,
              Charlotte, NC 28272-1083
517992741    EDI: PHINAMERI.COM Apr 27 2019 02:58:00      GM Financial,    PO Box 181145,
              Arlington, TX 76096-1145
517992744    EDI: PRA.COM Apr 27 2019 02:58:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
              Norfolk, VA 23541-0914
517995424   +EDI: RMSC.COM Apr 27 2019 03:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
```
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Scott D. Bullock    on behalf of Debtor Arash  Ketabchi scott@yournjattorneys.com,
               G24226@notify.cincompass.com;Ashley@yournjattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```